**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA,     :
     :
     -against-     :     **21 CR 133 (VM)**
     :     <u>ORDER</u>
ADALID CABRERA HUATO,     :
     :
     Defendant.  :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that an initial conference as to the above-named defendant shall be scheduled for Friday, July 1, 2022 at 11:30 AM.

**SO ORDERED:**

Dated:  New York, New York
     23 June 2022

_____
Victor Marrero
U.S.D.J.