**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES,<br><br>         - against -<br><br>ADALID CABRERA HUATO,<br><br>                    Defendant. | 21-CR-0133 (VM)<br><br>ORDER |

**VICTOR MARRERO, United States District Judge.**

    The Court Clerk is respectfully directed to strike Dkt. No. 208 but retain the docket text. Counsel is directed to file the correct document.

**SO ORDERED.**

Dated:    6 June, 2023
          New York, New York

                                          Victor Marrero
                                          U.S.D.J.