LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/7/2023
```

June 5, 2023

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

re: USA v. Adalid Cabrera Huato
    21 cr 133 (VM)

Dear Judge Marrero;

    I write to request a continuance of the Cabrera sentencing from June 23, 2023, to a date in early August. I have been having difficulty obtaining sentence related materials from Mexico. AUSA Herman on behalf of the Government consents to this application.
    Thank you.

Respectfully,

B. Alan Seidler

bas/ee

```
REQUEST GRANTED. The Court hereby
adjourns the sentencing of Adalid
Cabrera Huato from Friday, June 23,
2023, at 10:00 AM to Friday, August
4, 2023, at 1:00 PM.

SO ORDERED
Dated: 7 June, 2023          Victor Marrero
                                U.S.D.J.
```