USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

    - against -

ADALID CABRERA HUATO,

        Defendant.

21-CR-0133-6 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Court hereby adjourns the sentencing of defendant Adalid Cabrera Huato set for Friday, August 4, 2023 at 1:00 PM to Friday, September 15, 2023 at 10:00 AM.

**SO ORDERED.**

Dated:    13 June 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.