USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES,

        - against -

ADALID CABRERA HUATO,

                Defendant.

---

21-CR-0133-6 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby approves the sealing request by defense counsel regarding defendant Huato's sentencing submission. (See Dkt. No. 220.) Defense counsel is directed to file a redacted version on the public docket.

    The Clerk's Office is respectfully directed to set the viewing level of Dkt. No. 220 and its exhibits to only allow access by the Court, defense counsel of record Bernard Alan Seidler, and Assistant United States Attorneys Michael Ross Herman, Jane Chong, and Mitzi Steiner.

**SO ORDERED.**

Dated:    11 August 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.