```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :    21-CR-0133 (VM)
                                     :
         - against -                 :    ORDER
                                     :
ADALID CABRERA HUATO,                :
                                     :
                    Defendant.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the request for appointment of counsel for defendant Adalid Cabrera Huato from the Southern District of New York CJA Panel is **GRANTED**.

**SO ORDERED.**

Dated:   New York, New York
         29 October 2024

_____
Victor Marrero
U.S.D.J.